411 A.2d 217

COMMONWEALTH of Pennsylvania, Appellee,

v.

Leslie ROSS, Appellant.

COMMONWEALTH of Pennsylvania, Appellee,

v.

William WATERS, Appellant, a/k/a Jerry Waters.

COMMONWEALTH of Pennsylvania, Appellee,

v.

Frank ALSTON, Appellant.

COMMONWEALTH of Pennsylvania, Appellee,

v.

Samuel RIDDICK, Appellant.

COMMONWEALTH of Pennsylvania, Appellee,

v.

Theodore LAWSON, Appellant.

COMMONWEALTH of Pennsylvania, Appellee,

v.

Lorenzo JONES a/k/a Lorenzo James, Appellant.

Supreme Court of Pennsylvania.

Feb. 25, 1980.

124

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN and FLAHERTY, JJ.

OPINION

PER CURIAM:

The petitions for allowance of appeal having been improvidently granted, the appeals are dismissed. *Commonwealth v. Lawson,* 261 Pa.Super. 471, 395 A.2d 1006; *Commonwealth v. Riddick,* 261 Pa.Super. 475, 395 A.2d 1008.